**RECEIVED**

JUN 1 5 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **GILBERT T. WILLIS** | **CIVIL ACTION 09-590** |
| **VERSUS** | **JUDGE DOHERTY** |
| **LA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL** | **MAGISTRATE JUDGE HANNA** |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for his Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and the report of the magistrate judge, to which no objection was filed, this court concludes that the findings and recommendations of the magistrate judge are correct and adopts the conclusions set forth therein. Therefore,

**IT IS ORDERED** Defendants' Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1), (5), and (6) is **GRANTED** and this matter is **DISMISSED**.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 15 day of June, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE